# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Wayne Crozier                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 17-18120 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 and index same on the master mailing list.

                                            Respectfully submitted,

                                   /s/ Rebecca Solarz
                                   Rebecca Solarz
                                   08 Mar 2022, 14:59:30, EST

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322