| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 17-18120-AMC

WAYNE CROZIER (DECEASED)
C/O RIVEREVAN COLE SAALFRANK P.O.A.
1362 FANSHAWE ST
PHILADELPHIA  PA    19111

Petition Filed Date: 12/04/2017
341 Hearing Date: 02/23/2018
Confirmation Date: 08/15/2018

Case Status: Completed on 5/10/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $310.00 | | 05/03/2021 | $310.00 | | 06/03/2021 | $310.00 | |
| 07/06/2021 | $310.00 | | 08/02/2021 | $310.00 | 8/2/2021 | 09/02/2021 | $310.00 | |
| 10/04/2021 | $310.00 | | 11/02/2021 | $310.00 | | 12/06/2021 | $310.00 | |
| 12/23/2021 | $310.00 | | 01/25/2022 | $310.00 | | 02/24/2022 | $400.00 | |
| 03/21/2022 | $400.00 | | 04/19/2022 | $400.00 | | 05/10/2022 | $2,220.00 | |

Total Receipts for the Period:  $6,830.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,365.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  001 | Unsecured Creditors | $863.65 | $140.67 | $722.98 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $1,863.00 | $1,863.00 | $0.00 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»»  002 | Mortgage Arrears | $13,222.63 | $13,222.63 | $0.00 |
| 5 | TIMOTHY ZEARFOSS  ESQ<br>»»  005 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 17-18120-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,365.00 | Current Monthly Payment: | $318.00 |
| Paid to Claims: | $17,726.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,638.70 | Total Plan Base: | $19,365.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.