United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-18120-amc

Wayne Crozier     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Nov 15, 2022     Form ID: 206     Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne Crozier, 1362 Fanshawe Street, Philadelphia, PA 19111-4912 |
| 14674786 | + | Deutsche Bank National Trust Company, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 16 2022 00:04:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 14022775 | ^ | MEBN | Nov 16 2022 00:02:38 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 14110532 | | Email/Text: megan.harper@phila.gov | Nov 16 2022 00:04:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14022776 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 16 2022 00:04:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14055008 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 16 2022 00:04:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14022777 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 16 2022 00:04:00 | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14033457 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 16 2022 00:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302- |
| 14022778 | ^ | MEBN | Nov 16 2022 00:02:37 | Receivable Management, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14022779 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 16 2022 00:04:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

Case 17-18120-amc    Doc 73    Filed 11/17/22    Entered 11/18/22 00:34:33    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 206 | Total Noticed: 13 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| ROGER FAY | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for Deutsche Bank National Trust Company rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Wayne Crozier tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Wayne Crozier                                              Case No: 17−18120−amc

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

 

For The Court

Dated: 11/15/22

Timothy B. McGrath
Clerk of Court